UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

_Kenney_ ,
                Plaintiff(s),

v.

_State of NY_ ,
                Defendant(s).
----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/23/18

**CALENDAR NOTICE**

_16_ cv _4522_ (VB)

      **PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled/ re-scheduled~~ for:

| | |
|---|---|
| X Status conference | ___ Final pretrial conference |
| ___ Telephone conference | ___ Jury selection and trial |
| ___ Pre-motion conference | ___ Bench trial |
| ___ Settlement conference | ___ Suppression hearing |
| ___ Oral argument | ___ Plea hearing |
| ___ Bench ruling on motion | ___ Sentencing |

on _5-17-_ , 20 _18_ , at _10:30 Am_ in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.  Adjourned from _5-16-18_

      **All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices.  Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: _4-23-_ , 20 _18_
      White Plains, NY

                       SO ORDERED:

                       _____
                       Vincent L. Briccetti
                       United States District Judge